UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAHENDRA MEHTA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-04-3906 |
| | § | |
| BAQAR SHAH, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON MOTION FOR SANCTIONS

The Court finds the above-captioned appeal was frivolous and that Mr. Mehta be sanctioned and ordered to pay $1,000.00, to the Hoehn/Anselmo defendants, through their counsel. The appellant's motion for reconsideration is frivolous and, therefore, denied.

It is so Ordered.

SIGNED and ENTERED this 22nd day of July, 2005.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1